# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:   COREY R. PRICE                                      Case Number: 08-70393
         704 SOPER AVENUE              SSN-xxx-xx-2557
         ROCKFORD, IL  61101

|  |  |
|---|---|
| Case filed on: | 2/14/2008 |
| Plan Confirmed on: | 4/18/2008 |

D Dismissed

Total funds received and disbursed pursuant to the plan:  $550.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 3,000.00 | 3,000.00 | 504.71 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 504.71 | 0.00 |
|  |  |  |  |  |  |
| 001 | INTERNAL REVENUE SERVICE | 1,414.68 | 1,414.68 | 0.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS DEPARTMENT OF REVENUE | 2,160.90 | 2,160.90 | 0.00 | 0.00 |
|  | Total Priority | 3,575.58 | 3,575.58 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | COREY R. PRICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | INTERNAL REVENUE SERVICE | 4,114.15 | 4,114.15 | 0.00 | 0.00 |
| 003 | ACE AMERICA'S CASH EXPR | 566.66 | 566.66 | 0.00 | 0.00 |
| 004 | ADVANCE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMCORE BANK, N.A. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 394.31 | 394.31 | 0.00 | 0.00 |
| 007 | CASH LOAN STORE | 814.50 | 814.50 | 0.00 | 0.00 |
| 008 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CINGULAR WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CRUSADER CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | GUZZARDO MUSIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | IL. DEPT. OF EMPLOYMENT SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | RMH EMERGENCY DEPARTMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD MERCANTILE AGENCY INC | 9,786.05 | 9,786.05 | 0.00 | 0.00 |
| 019 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | COTTONWOOD FINANCIAL | 509.22 | 509.22 | 0.00 | 0.00 |
| 022 | U.S. CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | US DEPARTMENT OF EDUCATION | 9,164.64 | 9,164.64 | 0.00 | 0.00 |
| 024 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ILLINOIS DEPARTMENT OF REVENUE | 367.86 | 367.86 | 0.00 | 0.00 |
|  | Total Unsecured | 25,717.39 | 25,717.39 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 32,292.97 | 32,292.97 | 504.71 | 0.00 |

Total Paid Claimant:        $504.71
Trustee Allowance:          $45.29          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                   /s/ Lydia S. Meyer
                                  Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan